**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1605**

EVELYN MANTERIS,

              Plaintiff – Appellant,

        v.

MICHAEL J. ASTRUE, Commissioner of Social Security
Administration,

              Defendant – Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.   Norman K. Moon,
Senior District Judge.   (3:10-cv-00034-NKM-BWC)

Submitted: August 25, 2011        Decided: August 29, 2011

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Evelyn Manteris, Appellant Pro Se.   Kenneth DiVito, Assistant
Regional Counsel, Philadelphia, Pennsylvania; Adam Siry, SOCIAL
SECURITY  ADMINISTRATION,  Philadelphia,  Pennsylvania,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evelyn Manteris seeks to appeal the district court's order adopting the magistrate judge's report and recommendation and granting the Commissioner's motion for summary judgment. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on March 30, 2011. The notice of appeal was filed on June 2, 2011. Because Manteris failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2